# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2841

_____

NANCY GONZALEZ,

Appellant,

v.

THE KENT HOTEL/AMTRUST
NORTH AMERICA OF FLORIDA,

Appellees.

_____

On appeal from an order of Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: March 18, 2015.

April 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, and Kip O. Lassner of Cole, Scott & Kissane, P.A., Plantation, for Appellees.